UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY M. LUTZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALENZUELA, et al.,<br><br>　　　　Defendants. | CASE NO. CV 11-104-CBM (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, the Report and Recommendation and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and Recommendation and adopts it as its own findings and conclusions.

DATED: October 3, 2013

　　　　　　　　　　　　　　　　　　/s/ Consuelo B. Marshall
　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\ED11CV00104CBM Order accep r&r.wpd