UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY M. LUTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>VALENZUELA, et al.,<br><br>        Defendants. | CASE NO. ED CV 11-104-CBM(PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    JUDGMENT IS HEREBY entered in favor of Defendants and against Plaintiff and the action is dismissed with prejudice.

DATED:    October 3, 2013

                          CONSUELO B. MARSHALL
                          UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\ED11CV00104CBM-LUTZ V VALENZUELA Judgment.wpd